IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE LAWSON, | : | Civil No. 3:16-cv-1489 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DIRECTOR J. NORWOOD, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 8th day of August, 2016, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 2) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED**.

2. Plaintiff shall **FILE** an amended complaint on or before August 29, 2016.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 3:16-cv-1489, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(d).

4. Failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge