IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE LAWSON, | : | Civil No. 3:16-cv-1489 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DEPARTMENT OF JUSTICE, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 20th day of December, 2016, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 18) to dismiss is **GRANTED**.

2. The complaint is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge